**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: COUNTRYWIDE FINANCIAL CORP.<br>MORTGAGE−BACKED SECURITIES<br>LITIGATION | MDL No. 2265 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −19)**

On August 15, 2011, the Panel transferred 4 civil action(s) to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 812 F.Supp.2d 1380 (J.P.M.L. 2011). Since that time, 23 additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Mariana R Pfaelzer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Pfaelzer.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Central District of California for the reasons stated in the order of August 15, 2011, and, with the consent of that court, assigned to the Honorable Mariana R Pfaelzer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

| | |
|---|---|
| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>Feb 14, 2013<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>*[signature]*<br><br>Jeffery N. Lüthi<br>Clerk of the Panel |

IN RE: COUNTRYWIDE FINANCIAL CORP.
MORTGAGE−BACKED SECURITIES
LITIGATION                                    MDL No. 2265

SCHEDULE CTO−19 – TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 13−00392 | HSH Nordbank AG et al v. Bank of America Corporation et al |
| NYS | 1 | 13−00393 | Deutsche Zentral−Genossenschaftsbank AG et al v. Bank Of America Corporation et al |
| ~~NYS~~ | ~~1~~ | ~~13−00490~~ | ~~Royal Park Investments SA/NV v. Bank of America Corp. et al~~ |
| ~~NYS~~ | ~~1~~ | ~~13−00491~~ | ~~Royal Park Investments SA/NV v. Bank of America Corp. et al~~ |
| ~~NYS~~ | ~~1~~ | ~~13−00492~~ | ~~Phoenix Light SF Limited et al v. Bank of America Corp. et al~~ |
| ~~NYS~~ | ~~1~~ | ~~13−00494~~ | ~~Phoenix Light SF Limited et al v. Bank of America Corp. et al~~ |
| ~~NYS~~ | ~~1~~ | ~~13−00501~~ | ~~Silver Elms CDO II Ltd. et al v. Bank of America Corp. et al~~ |